DENNIS K. BURKE
United States Attorney
District of Arizona
Jonathan B. Granoff
Assistant United States Attorney
United States Courthouse
405 W. Congress, Suite 4800
Tucson, Arizona  85701
Telephone: (520) 620-7300
Jonathan.Granoff@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>   v.<br><br>Chris Nero,<br><br>            Defendant. | NO. CR 08-0744-TUC-CKJ (JCG)<br><br>**GOVERNMENT'S SUMMARY OF PROPOSED TESTIMONY FOR SENTENCING** |

The government, by and through its attorneys, Dennis K. Burke, United States Attorney for the District of Arizona, and Jonathan B. Granoff, Assistant U.S. Attorney, hereby respectfully submits a summary of the proposed testimony it intends to offer at the sentencing hearing.

The government intends to call Special Agent Brian Watson of the Internal Revenue Service.  Agent Watson will provide summary testimony concerning a portion of the mortgage fraud scheme perpetrated by the defendant.  Relating to some of the real estate transactions, the defendant, through his company, M.I.H., initially purchased the property at a lower price.  Thereafter, he would engage in a quick flip of the property, selling it to a straw buyer at a much higher price.  The defendant generally would pay or promise a future payment to the straw buyer if the buyer purchased the property.  The defendant, through his company, would additionally receive cash back proceeds on each of these transactions.

Government's exhibit A, attached to this pleading, summarizes these transactions and the cash back received by the defendant or his company for each of these deals. Exhibit B shows a summary of this part of the fraud scheme relating to one of the properties, 5618 S. Forest Avenue.

Additionally, Agent Watson will explain that in some of the real estate transactions involved in this fraud scheme, the circumstantial evidence established that the defendant would provide part of the down payments or cash to close the deal on behalf of the straw buyer. In these transactions, the evidence establishes the defendant would provide these down payments using the fraudulently obtained loan proceeds he had received from the same loan that the straw buyer had applied for.

Respectfully submitted this __4th__ day of November, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

*s/Jonathan B. Granoff*
Jonathan B. Granoff
Assistant U.S. Attorney

A copy of the foregoing has been served electronically or by other means this ____4th__ day of November, 2010, to:

Andrea Matheson, Esq.